UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>[1] Juan Carlos Ortiz-Vazquez et. al.<br>*Defendants* | CRIMINAL NO. 24-456(SCC) |

United States' Informative Motion Regarding Evidence Inspection

To the Honorable Court:

Comes now, the United States of America, to request and inform:

1.  The Drug Enforcement Administration (DEA) will have evidence available for inspection by defense counsel on September 9 and 10, 2025, between 9:00 a.m. and 4:00 p.m. at the DEA facility at Metro Office Park, Millennium Park Plaza 15 Calle 2 Suite 710 Guaynabo, San Juan, PR 00968-1743.

2.  The inspection is for counsel of record, who should have an identification with them to obtain access to the inspection site.

3.  Any drug evidence in Miami, Florida, will be displayed for inspection through Virtual Teleconference on those same dates and times at the DEA facility.

INTENTIONALLY BLANK

WHEREFORE, the United States requests that the Court take notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August 2025.

    W. STEPHEN MULDROW
United States Attorney

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez - 218011
Assistant United States Attorney
Torre Chardón, Suite 1201,
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Office: 787-766-5656
email: myriam.y.fernandez@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel of record.

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney